94–413.   Town & County Investment Fund II v. Roper.   *Cuyahoga County*, Nos. 62873 and 65777. On motion to reconsider denial of extension.   Motion granted.

F.E. SWEENEY, J., dissents.

94–455.   State v. Smith.   *Clermont County*, No. CA93–08–063.   On motion for leave to file delayed appeal.   Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

94–476.   Glendale Fed. Bank v. Brown.   *Montgomery County*, No. 13976.   On motion to reconsider denial of extension.   Motion granted.

WRIGHT, F.E. SWEENEY and PFEIFER, JJ., dissent.

94–485.   State v. Cunningham.   *Erie County*, No. E–92–55.   On motion for leave to exceed page limit.   Motion granted.

94–525.   Ohio Farmers Ins. Co. v. Binegar.   *Montgomery County*, No. 13906.   On motion for leave to file memorandum in support instanter.   Motion granted.

RESNICK and F.E. SWEENEY, JJ., dissent.